Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>B.G. JAZZ GRILL, LLC d/b/a VIBRATO GRILL JAZZ, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>                              Defendants. | Case No.:  2:21-cv-01646-JAK-RAO<br><br>**NOTICE OF SETTLEMENT**<br><br>USDC Judge:     John A. Kronstadt<br>Courtroom:          10B<br><br>Complaint Filed:  February 22, 2021<br>Trial Date:            Not Set |

Plaintiff Brett DeSalvo (hereinafter "Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen this case if a settlement, with approval of the class, is not finalized timely.

Dated: April 7, 2021                    Respectfully Submitted,

/s/ *Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, April 7, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: April 7, 2021                               */s/ Thiago M. Coelho*
                                                    Thiago M. Coelho