Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff and Proposed Class*

**O'HAGAN MEYER**
Clint D. Robinson, SBN 158834
crobison@ohaganmeyer.com
Vickie V. Grasu, SBN 224278
vgrasu@ohaganmeyer.com
21550 Oxnard Street, Suite 1050
Woodland Hills, CA 91367
Telephone:213-306-1610
Facsimile: 213-306-1625
 *Attorneys for Defendant*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>    v.<br><br>B.G. JAZZ GRILL, LLC d/b/a VIBRATO GRILL JAZZ, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>                           Defendants. | Case No.: 2:21-cv-01646-JAK-RAO<br><br>CLASS ACTION<br><br>Judge John A. Kronstadt<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A); [PROPOSED] ORDER**<br><br>Complaint Filed:  February 22, 2021<br>Trial Date:     None Set |

1    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

2   Plaintiff Brett DeSalvo and Defendant B.G. Jazz Grill, LLC d/b/a Vibrato Grill

3   Jazz, stipulate and jointly request that this Court enter a dismissal of the entire case,

4   including all claims and causes of action, with prejudice in the above-entitled

5   action. Each party shall bear his or its own fees and costs.

6

7   Dated: August 4, 2022                **WILSHIRE LAW FIRM, PLC**

8
                                         */s/ Thiago M. Coelho* _____
9                                        Thiago M. Coelho, Esq.
                                         *Attorneys for Plaintiff and*
10                                       *Proposed Class*

11

12  Dated: August 4, 2022                **O'HAGAN MEYER**

13

14                                       */s/ Vickie V. Grasu* _____
                                         Vickie V. Grasu
15                                       Clint D. Robinson
                                         *Attorneys for Defendant*
16

17

18                       **<u>SIGNATURE ATTESTATION</u>**

19       I hereby attest that all signatories listed above, on whose behalf this joint

20  stipulation is submitted, concur in the filing's content and have authorized the

21  filing.

22

23  Dated: August 4, 2022                **WILSHIRE LAW FIRM, PLC**

24
                                         */s/ Thiago M. Coelho* _____
25                                       Thiago M. Coelho
                                         *Attorneys for Plaintiff and*
26                                       *Proposed Class*

27

28

JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137