1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>B.G. JAZZ GRILL, LLC d/b/a VIBRATO GRILL JAZZ, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>  Defendants. | No. 2:21-cv-01646-JAK-RAO<br><br>**ORDER RE JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A) (DKT. 17)** |

Based on a review of the Joint Stipulation to Dismiss Case with Prejudice Pursuant to F.R.C.P. Rule 41(a) (the "Stipulation" (Dkt. 17)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** The above-entitled action is hereby dismissed with prejudice, including all claims and causes of action. Each party shall bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated:  August 5, 2022

_____
John A. Kronstadt
United States District Judge